David Abrams, Attorney at Law (DA-8126)
305 Broadway, 5th Floor
New York, New York 10007
Tel. 212-897-5821 Fax 212-897-5811

United States District Court
Southern District of New York

| | |
|---|---|
| J. Eason-Sands, )<br><br>            Plaintiff, )<br><br>         - against - )<br><br>Kings Harbor Multicare Center a/k/a )<br>Bronx Harbor Health a/k/a )<br>Bronx Harbor Health Care Complex, Inc. )<br>a/k/a Kings Harbor Health Services, LLC, )<br><br>            Defendant. ) | No. 07 cv 9505 (CSH) (JCF) |

　　　　I hereby consent to be a plaintiff in the above-named lawsuit. I hereby consent to the prosecution of any claims that I may have under the Fair Labor Standards Act for unpaid overtime, liquidated damages, attorney's fees, costs, or other relief, against the defendants.

　　　　I authorize David Abrams, Attorney at Law, his successors and assigns, to represent me in this case.

　　　　By signing and returning this consent to sue, I understand that I will be represented by David Abrams, Attorney at Law without prepayment of attorney's fees. I understand that if plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment first. I understand that David Abrams, Attorney at Law may petition the Court for an award of fees and costs to be paid by defendant on my behalf. I understand that the fees retained by the attorney will be either the amount received from the defendant or one-third of my total settlement or judgment amount (including fees), whichever is greater.

Date: Nov 6, 2007

Signature: _Judith Eason Sands_

Name: _Judith EASON Sands_