HAIGHT, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
J. Eason-Sands et al.,

                        PLAINTIFFS,

    v.                             07 CV 9505 (CSH)(JCF)
                                      STIPULATION EXTENDING
Kings Harbor Multicare Center a/k/a      TIME TO ANSWER
Bronx Harbor Health a/k/a
Bronx Harbor Health Care Complex, Inc. a/k/a
Kings Harbor Health Services, LLC,

                        DEFENDANT
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-30-07

      It is HEREBY STIPULATED, CONSENTED AND AGREED, between the attorneys for the parties named in the above caption, that Defendant's time to answer the complaint, is extended and adjourned to November 30, 2007; and is further;

      STIPULATED AND AGREED, that a facsimile copy of this stipulation shall be deemed an original.

Dated: New York, New York
       November 19, 2007

David N. Abrams                       Law Offices of Morris Tuchman
Attorneys for Plaintiffs                  Attorneys for Defendant
305 Broadway/5th Floor               134 Lexington Avenue
New York, New York 10007           New York, New York 10016
(212) 897-5821                            (212) 213-8899
By: _____        By: _____
  David N. Abrams, Esq. (DA8126)       J. Ari Weiss, Esq. (JAW4867)

SO ORDERED: 11/30/07

_____
U.S.D.J.