UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

J. Eason-Sands et al.,

                        PLAINTIFFS,

    v.                                                 07 CV 9505 (CSH)(JCF)
                                                   STIPULATION EXTENDING
Kings Harbor Multicare Center a/k/a         TIME TO ANSWER
Bronx Harbor Health a/k/a
Bronx Harbor Health Care Complex, Inc. a/k/a
Kings Harbor Health Services, LLC,

                        DEFENDANT
-----------------------------------------------------------X

[STAMP: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 12-10-07]

       It is HEREBY STIPULATED, CONSENTED AND AGREED, between the attorneys for the parties named in the above caption, that Defendant's time to answer the complaint, is extended and adjourned to December 14, 2007; and is further;

       STIPULATED AND AGREED, that a facsimile copy of this stipulation shall be deemed an original; and is further;

       STIPULATED AND AGREED, that the statute of limitations for any claim arising out of this lawsuit shall be tolled from November 30 until the date that an answer is filed.

    Dated: New York, New York
    December 4, 2007


David N. Abrams                               Law Offices of Morris Tuchman
Attorneys for Plaintiffs                       Attorneys for Defendant
305 Broadway/5th Floor                    134 Lexington Avenue
New York, New York 10007               New York, New York 10016
(212) 897-5821                                       (212) 213-8899
By: _____               By: _____
    David N. Abrams, Esq. (DA8126)             J. Ari Weiss, Esq. (JAW4867)

                                                        12/06/2007

                                                        So Ordered.

                                                       _____