UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

J. Eason-Sands et al.,

                        PLAINTIFFS,

     v.

Kings Harbor Multicare Center a/k/a
Bronx Harbor Health a/k/a
Bronx Harbor Health Care Complex, Inc. a/k/a
Kings Harbor Health Services, LLC,

                       DEFENDANT
-------------------------------------------------------------X

07 CV 9505 (CSH)(JCF)

**STIPULATION EXTENDING TIME TO ANSWER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-19-07

     It is HEREBY STIPULATED, CONSENTED AND AGREED, between the attorneys for the parties named in the above caption, that Defendant's time to answer the complaint, is extended and adjourned to December 31, 2007; and is further;

     STIPULATED AND AGREED, that a facsimile copy of this stipulation shall be deemed an original; and is further;

     STIPULATED AND AGREED, that the statute of limitations for any claim arising out of this lawsuit shall be tolled from December 14 until the date that an answer is filed.

Dated: New York, New York
December 14, 2007

David N. Abrams
Attorneys for Plaintiffs
305 Broadway/5th Floor
New York, New York 10007
(212) 897-5821
By: _____
David N. Abrams, Esq. (DA8126)

Law Offices of Morris Tuchman
Attorneys for Defendant
134 Lexington Avenue
New York, New York 10016
(212) 216-8899
By: _____
J. Ari Weiss, Esq. (JAW4867)

12/19/07

U.S.D.J.