*Heights*

David Abrams, Attorney at Law (DA-8126)
305 Broadway, 5th Floor
New York, New York 10007
Tel. 212-897-5821 Fax 212-897-5811

United States District Court
Southern District of New York

------------------------------

J. Eason-Sands et al.,   )
                         )
        Plaintiffs,      )
                         )
   - against -           )   No. 07 cv 9505 (CSH)(JCF)
                         )
Kings Harbor Multicare Center a/k/a )
Bronx Harbor Health a/k/a           )
Bronx Harbor Health Care Complex, Inc. )
a/k/a Kings Harbor Health Services, LLC, )
                         )
        Defendant.       )
------------------------------

### Discontinuance

Plaintiff, through her attorney, hereby dismisses this action with prejudice and without costs.

Respectfully submitted,

_____

David Abrams (DA-8126)
 Attorney for Plaintiff
J. Eason-Sands

305 Broadway, 5th Floor
New York, NY 10007
Tel. 212-897-5821
Fax 212-897-5811

Dated:   New York, NY
         January 6, 2008

So Ordered

01/17/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01-17-08